# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

A.C. STEELMAN and FRAN MCDERMOTT, TRUSTEES OF THE SACRAMENTO AREA ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND

**E-FILING**

FILED
2007 DEC 13 A 11: 04
RICHARD W. WIEKING
CLERK
NO. DIST. OF CA. S.J.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**ADR   C07  05408   PVT**

V.

MARLON EUGENE HETTINGER, individually and doing business as HETTINGER ELECTRIC and HETTINGER & STEPHENS ELECTRIC

TO: MARLON EUGENE HETTINGER, individually and doing business as HETTINGER ELECTRIC and HETTINGER & STEPHENS ELECTRIC

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

SUE CAMPBELL
Attorney at Law
1155 North First Street, Suite 101
San Jose, California 95112
(408) 277-0648

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK

OCT 2 3 2007

DATE

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK

| NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY | |
|---|---|
| SUE CAMPBELL, ESQ.<br>LAW OFFICES OF SUE CAMPBELL<br>1155 N. FIRST STREET, SUITE 101<br>SAN JOSE, CA 95112<br>Telephone: (408) 277-0648<br><br>Attorney for: Plaintiff | |

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| A.C. STEELMAN, ET AL.<br><br>Plaintiff,<br><br>MARLON EUGENE HETTINGER, INDIVIDUALLY<br>AND DOING BUSINESS AS HETTINGER<br>Defendant. | CASE NUMBER<br><br>C07 05408 PVT<br><br>**DECLARATION OF SERVICE** |
|---|---|

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; STANDING ORDER RE: CASE MANAGEMENT IN CIVIL CASES; GENERAL ORDER NO. 40; ECF REGISTRATION INFORMATION HANDOUT; GENERAL ORDER NO. 45; NOTICE OF ELECTRONIC AVAILABILITY OF CASE INFORMATION; GENERAL ORDER NO. 53; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE PATRICIA V. TRUMBULL; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; DISTRICT COURT GUIDELINES; NOTICE OF NEED FOR ADR PHONE CONFERENCE; ORDER OF THE CHIEF JUDGE IN RE: ELECTRONIC FILING IN CASES WITH UNREPRESENTED PARTIES

in the within action by personally delivering true copies thereof to the person served as follows:

Served : MARLON EUGENE HETTINGER, INDIVIDUALLY AND DOING BUSINESS AS HETTINGER ELECTRIC AND HETTINGER & STEPHENS ELECTRIC

By Serving : Marlon Eugene Hettinger

Address : ( Business )

19682 North Hirsch Court, Suite 1
Anderson, Ca 96007

Date of Service : November 15, 2007

Time of Service : 8:05AM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: November 15, 2007

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered SHASTA
Number 123

Signature: _____
SHANNON MATAJCICH