1  SUE CAMPBELL
   Attorney at Law
2  State Bar Number 98728
   1155 North First Street, Suite 101
3  San Jose, California 95112
   (408) 277-0648
4
   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.C. STEELMAN and FRAN MCDERMOTT, TRUSTEES OF THE SACRAMENTO AREA ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>MARLON EUGENE HETTINGER, individually and doing business as HETTINGER ELECTRIC and HETTINGER & STEPHENS ELECTRIC,<br><br>Defendants. | CASE NO.: C07 05408 PVT<br><br>REQUEST FOR ENTRY OF DEFAULT RULE 55(a) |

A request to enter a default is allowed when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by the Rules of Court, Federal Rules of Civil Procedure, Rule 55.

Plaintiffs request the clerk enter the default of Defendant MARLON EUGENE HETTINGER, individually and doing business as HETTINGER ELECTRIC and HETTINGER & STEPHENS ELECTRIC, on the complaint filed on October 23, 2007.

Defendant is not an infant or incompetent person.

Defendant is not in the military service and is not entitled to the benefits of the Service Members Civil Relief Act (50 U.S.C. App. §501 et. seq.).

Plaintiffs will request a default judgment under Rule 55(b)(2) upon the filing of

1

REQUEST FOR ENTRY OF DEFAULT RULE 55(a)

an affidavit supporting the default judgment.

Dated:   December 13, 2007

_____
SUE CAMPBELL
Attorney for Plaintiffs

# PROOF OF SERVICE

I am a citizen of the United States. My business address is 1155 North First Street, Suite 101, San Jose, California 95112. I am employed in the county of Santa Clara where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**REQUEST FOR ENTRY OF DEFAULT**

- ☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

- ☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

- ☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

- ☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

MARLON EUGENE HETTINGER,
individually and doing business as
HETTINGER ELECTRIC and
HETTINGER & STEPHENS ELECTRIC
19682 North Hirsch Court, Suite 1
Anderson, CA 96007

☒ (*State*) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 13, 2007, at San Jose, California.

*Christine Delgadillo* (signature)
CHRISTINE DELGADILLO

REQUEST FOR ENTRY OF DEFAULT RULE 55(a)