**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking　　　　　　　　　　　　　　　　　　　　　General Court Number
Clerk　　　　　　　　　　　　　　　　　　　　　　　　　　　　408.535.5364

December 18, 2007

RE:  CV 07-05408 PVT　　　A.C. STEELMAN, ET AL.-v- MARLON EUGENE HETTINGER, ET AL.

Default is entered as to Defendants Marlon Eugene Hettinger individually and doing business as Hettinger Electric and Hettinger & Stephens Electric on December 12, 2007..

　　　　　　　　　　　　　　　　　　　RICHARD W. WIEKING, Clerk

　　　　　　　　　　　　　　　　　　　by Betty Walton
　　　　　　　　　　　　　　　　　　　Case Systems Administrator

NDC TR-4  Rev. 3/89