SUE CAMPBELL
Attorney at Law
State Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
(408) 277-0648

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.C. STEELMAN and FRAN MCDERMOTT, TRUSTEES OF THE SACRAMENTO AREA ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>MARLON EUGENE HETTINGER, individually and doing business as HETTINGER ELECTRIC and HETTINGER & STEPHENS ELECTRIC,<br><br>Defendants. | CASE NO.: C07 05408 PVT<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND REQUEST FOR REASSIGNMENT TO DISTRICT COURT JUDGE<br><br>Date: February 12, 2008<br>Time: 2:00 P.M.<br>Place: Courtroom 5, 4th Floor<br><br>JUDGE: Hon. Patricia V. Trumbull |

All parties have been served in this case. On December 17, 2007, a default was entered against Defendant MARLON EUGENE HETTINGER, individually and doing business as HETTINGER ELECTRIC and HETTINGER & STEPHENS ELECTRIC.

Plaintiffs request the February 12, 2008, Case Management Conference be vacated, and the court reassign the case to a District Court Judge for hearing on Plaintiff's motion for default judgment.

Respectfully submitted,

Dated: February 4, 2008

_____
SUE CAMPBELL
Attorney for Plaintiff

1

CASE MANAGEMENT CONFERENCE STATEMENT/REQUEST FOR REASSIGNMENT TO DISTRICT COURT JUDGE

## ORDER

Based on the Case Management Conference Statement submitted by Plaintiffs, the Court hereby VACATES the Case Management Conference scheduled for February 12, 2008, at 2:00 p.m. in Courtroom 5, 4th Floor. The case will be reassigned to a District Court Judge for hearing on Plaintiff's motion for default judgment. Plaintiffs shall file their motion for default judgment within twenty days after the case has been reassigned, and shall notice it for hearing pursuant to Civil Local Rule 7-2.

Dated: _____    _____

JUDGE OF THE U.S. DISTRICT COURT