Respectfully submitted,

Dated: February 14, 2008          /s/   Sue Campbell
                                  SUE CAMPBELL
                                  Attorney for Plaintiff

## ORDER

The Case Management Conference is hereby continued to May 2, 2008, at 10:30 a.m. in Courtroom 3, 5th Floor.  Plaintiff will file an update and proposed action ten (10) days prior to the Case Management Conference.

Dated: _____          _____
                                        JUDGE OF THE U.S. DISTRICT COURT