Respectfully submitted,

Dated: February 14, 2008         /s/   Sue Campbell
                                 SUE CAMPBELL
                                 Attorney for Plaintiff

**ORDER**

The Case Management Conference is hereby continued to May 2, 2008, at 10:30 a.m. in Courtroom 3, 5th Floor. Plaintiff will file an update and proposed action ten (10) days prior to the Case Management Conference.

Dated: 2/22/08                   _____

                                 JUDGE OF THE U.S. DISTRICT COURT

2

CASE MANAGEMENT CONFERENCE STATEMENT/REQUEST FOR REASSIGNMENT TO DISTRICT COURT JUDGE