1 SUE CAMPBELL
Attorney at Law
2 State Bar Number 98728
1155 North First Street, Suite 101
3 San Jose, California 95112
(408) 277-0648
4
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.C. STEELMAN and FRAN MCDERMOTT, TRUSTEES OF THE SACRAMENTO AREA ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>MARLON EUGENE HETTINGER, individually and doing business as HETTINGER ELECTRIC and HETTINGER & STEPHENS ELECTRIC,<br><br>Defendants.<br>_____ | CASE NO.:  C07 05408 JF<br><br>CASE MANAGEMENT CONFERENCE STATEMENT<br><br>Date:  May 2, 2008<br>Time:  10:30 A.M.<br>Place:  Courtroom 3, 5th Floor<br><br>JUDGE: Hon. Jeremy Fogel |

All parties have been served in this case.  On December 17, 2007, a default was entered against Defendant MARLON EUGENE HETTINGER, individually and doing business as HETTINGER ELECTRIC and HETTINGER & STEPHENS ELECTRIC.

**DESCRIPTION OF THE CASE**

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust Funds.

Plaintiffs are in the process of obtaining documentation and supporting declarations in order to file a default judgment hearing to be scheduled on or about June 20, 2008.  Therefore,

/ / /

/ / /

1

CASE MANAGEMENT CONFERENCE STATEMENT

Plaintiffs request that the case management conference be continued until June 20, 2008, to be heard with a default judgment hearing.

Respectfully submitted,

Dated: April 28, 2008              /s/   Sue Campbell
                                   SUE CAMPBELL
                                   Attorney for Plaintiff

**ORDER**

The Case Management Conference is hereby continued to June 20, 2008, at 10:30 a.m. in Courtroom 3, 5th Floor. Plaintiff will file an update and proposed action ten (10) days prior to the Case Management Conference.

Dated: 4/30/08                     _____
                                   JUDGE OF THE U.S. DISTRICT COURT