1  SUE CAMPBELL
   Attorney at Law
2  State Bar Number 98728
   1155 North First Street, Suite 101
3  San Jose, California 95112
   (408) 277-0648
4
   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.C. STEELMAN and FRAN MCDERMOTT, TRUSTEES OF THE SACRAMENTO AREA ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>MARLON EUGENE HETTINGER, individually and doing business as HETTINGER ELECTRIC and HETTINGER & STEPHENS ELECTRIC,<br><br>Defendants. | CASE NO.: C07 05408 JF<br><br>REQUEST FOR DISMISSAL OF ENTIRE ACTION |

Comes now the Plaintiffs A.C. STEELMAN and FRAN MCDERMOTT, TRUSTEES OF THE SACRAMENTO AREA ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND in the above-entitled action and hereby dismiss the entire action without prejudice as to every party.

No answer has been filed in this matter. The defendant has made arrangement for payment of all monies requested in the complaint. This dismissal specifically does not waive the right of the Trust Funds to audit the employer for the time period of the complaint, or any

///
///
///

1

REQUEST FOR DISMISSAL OF ENTIRE ACTION

1 | other time period, and to collect any additional monies found to be delinquent as a result of an
2 | audit through a subsequent legal action.

4 | Dated: June 4, 2008

                                          SUE CAMPBELL
                                          Attorney for Plaintiffs

REQUEST FOR DISMISSAL OF ENTIRE ACTION

**PROOF OF SERVICE BY MAIL**

I, the undersigned, say:

That I am now and at all times herein mentioned a citizen of the United States, over the age of eighteen years, a resident of Santa Clara County, California, and not a party to the within action or cause; that my business address is 1155 North First Street, Suite 101, San Jose, California; that I served a copy of the attached REQUEST FOR DISMISSAL OF ENTIRE ACTION by placing said copy in an envelope addressed to

> MARLON EUGENE HETTINGER
> individually and doing business as
> HETTINGER ELECTRIC AND
> HETTINGER & STEPHENS ELECTRIC
> 19682 North Hirsch Court, Suite 1
> Anderson, CA 96007

which envelope was then sealed and, with postage fully prepaid thereon, was on June 4, 2008, deposited in the United States mail at San Jose, California; that there is delivery service by United States mail at the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 4, 2008, at San Jose, California.

CHRISTINE DELGADILLO

3

REQUEST FOR DISMISSAL OF ENTIRE ACTION